1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   LAURA VASQUEZ, on behalf of          Case No. 2:18-cv-01739-AB (MRWx)
     herself and all other similarly situated,
12                                         HONORABLE ANDRE BIROTTE JR.
                    Plaintiff,             COURTROOM 7B
13
         vs.                               [~~PROPOSED~~] ORDER GRANTING
14                                         JOINT STIPULATION TO REMAND
     JUSTFOODFORDOGS, LLC, a               CASE TO LOS ANGELES COUNTY
15   California limited liability company, and SUPERIOR COURT
     DOES 1 through 10, inclusive,
16                                         (Los Angeles Superior Court Case
                    Defendants.             No. BC689098)
17

18

19          Having considered the Joint Stipulation between Defendant

20   JustFoodForDogs, Inc. ("Defendant") and Plaintiff Laura Vasquez ("Plaintiff"),

21   collectively referred to herein as the "Parties," to remand this action to State Court

22   and for good cause shown, it is hereby determined that:

23          1.     Plaintiff has no injury in fact for the same reasons the plaintiffs in

24   *Bassett v. ABM Parking Services, Inc.*, ___ F.3d ___, 2018 WL 987954 (9th. Cir.

25   Feb. 21, 2018) ("*Bassett*") and *Edelstein v. Westlake Wellbeing Properties, LLC*,

26   United States District Court for the Central District of California, Case No. 17-

27   06488-AB (JEMx) (the "*Edelstein* Action") lacked an injury in fact, and as such,

28   Plaintiff lacks Article III standing in this matter.

JS-6

1    2.     Remand is proper based on the rationale in the Court's Order Granting

2   Plaintiffs' Request for Remand in the *Edelstein* Action, a true and correct copy of

3   which is attached hereto as Exhibit A and incorporated herein as if set forth in full

4   (the "*Edelstein* Remand Order");

5    3.     Defendant may remove this action to Federal Court if there is a change

6   in law, fact, pleadings, or briefings which would confer Federal Court jurisdiction.

7        Based on the foregoing, Case No. 2:18−cv−01739−AB (MRWx) is remanded

8   to Los Angeles County Superior Court.  Each party shall bear her/its own attorneys'

9   fees and costs incurred in connection with the removal of this action to Federal

10  Court and the remand to State Court. Neither Party has waived any right to

11  attorneys' fees or costs to which it is otherwise entitled to in connection with this

12  litigation.

13  **IT IS SO ORDERED.**

14

15  Dated: **March 12, 2018**

16                                            Judge of the United States District Court
                                             Central District of California

17

18

19

20

21

22

23

24

25

26

27

28